*Clarence J. Shearn* and *William A. De Ford* for appellant. *Martin Conboy, Henry T. Hall* and *Don R. Almy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

EARL R. DICKES, as Trustee for HOLMES AUTOMOBILE COMPANY and WALKER BODY COMPANY, Respondent, *v.* GLOBE INDEMNITY COMPANY, Appellant.

*Conversion — execution — action to recover value of property alleged to have been wrongfully seized under execution.*

*Dickes* v. *Globe Indemnity Co.*, 216 App. Div. 710, affirmed.

(Submitted October 5, 1926; decided October 22, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 24, 1926, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury. The action, originally brought against the sheriff of the county of New York, the present defendant having been thereafter substituted, was to recover the value of an automobile and automobile chassis, alleged to have been wrongfully seized by the sheriff under execution.

*David L. Fultz* for appellant.

*John C. von Glahn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

HERMAN SCHULMAN, Respondent, *v.* PHILIP I. SCHICK, Appellant.

*Landlord and tenant — false representations — action to cancel lease and to recover damages arising from false representations of lessor.*

*Schulman* v. *Schick*, 215 App. Div. 846, affirmed.

(Submitted October 5, 1926; decided October 22, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,